

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00268-CV

MIGUEL CUELLAR AND CARMEN CUELLAR, APPELLANTS

V.

DUMAS INDEPENDENT SCHOOL DISTRICT, ET AL., APPELLEES

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 17-57, Honorable Ron Enns, Presiding

August 28, 2018

## ORDER OF ABATEMENT AND REMAND

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellants, Miguel Cuellar and Carmen Cuellar, appeal from the trial court's *Final Judgment*. The *Final Judgment* was signed by the trial court but does not show the date of signing. *See* TEX. R. CIV. P. 306a(2). Without this date, we are unable to determine whether appellants' notice of appeal was timely filed. *See* TEX. R. APP. P. 26.1.

Accordingly, we now abate this appeal and remand the cause to the trial court for entry of a judgment *nunc pro tunc* reflecting the date the trial court signed the *Final Judgment*. The trial court shall cause the judgment *nunc pro tunc* to be included in a

supplemental clerk's record and cause that supplemental record to be filed with the Clerk of this Court no later than September 11, 2018.

It is so ordered.

Per Curiam